In The

Court of Appeals

For The

First District of Texas

____________

NO. 01-01-00289-CR

____________


MARK STEPHEN MARTIN, Appellant


V.


THE STATE OF TEXAS, Appellee






On Appeal from the 176th District Court

Harris County, Texas

Trial Court Cause No. 843,648






O P I N I O N

 Appellant was charged by indictment with the offense of aggravated sexual assault
of a child. Appellant pleaded guilty to the offense without an agreed recommendation as to
punishment from the State. Following a pre-sentence investigation, the trial court found
appellant guilty and assessed his punishment at 10 years in prison.

 In his sole point of error, appellant argues that the trial court committed reversible
error by failing to admonish him orally as to the sex offender registration requirements, as
required by the guilty-plea statute. The record contains a written admonishment on sex
offender registration requirements that complies with the Code of Criminal Procedure. Tex.
Code Crim. Proc. Ann. art. 26.13(d) (Vernon 1989). We overrule appellant's sole point of
error and affirm.


 Sam Nuchia

 Justice


Panel consists of Justices Nuchia, Jennings, and Radack.

Do not publish. Tex. R. App. P. 47.